## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:09CR212** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| **MARTIN NORIEGA-NAVARRO and SERGIO** ) | |
| **FRANCO DOMINGUEZ,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 104). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 16, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant's plea of guilty to Counts I and XIII of the Second Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, among other interests, that of the Defendant, Martin Noriega-Navarro, in $28,430.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on April 17, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 24, 2010 (Filing No. 103).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The motion is denied as to the Defendant, Sergio Dominguez Franco. The motion only regards the property listed in Count XIII, which only relates to the Defendant, Martin Noriega-Navarro. The motion does not relate to property forfeited by Franco in Count XII.   IT IS ORDERED:

- A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 104) is granted as to the Defendant, Martin Noriega-Navarro;
- B. All right, title and interest in and to the $28,430.00 in United States currency held by any person or entity, is hereby forever barred and foreclosed.
- C. The $28,430.00 in United States currency is forfeited to the United States of America;
- D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law; and
- E. The motion is denied as moot as to the Defendant, Sergio Dominguez Franco.

DATED this 9th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge